# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PENNY C. SCHMIDT, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )    CIV-07-322-R |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
|        Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered February 4, 2008. Doc. No. 18. Judge Erwin recommended that the decision of the Commissioner be affirmed. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Accordingly, the Court adopts the Report and Recommendation in its entirety and the decision of the Commissioner is affirmed.

IT IS SO ORDERED this 26th day of February 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE